UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER |
| MARK F. CHRISTMAN, JR. | : CASE NO 08-31142 LMW |
| DEBTOR | : APRIL 27, 2011 |

**TRUSTEE'S MOTION TO DISMISS
or MODIFY DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

Molly T. Whiton, Chapter 13 Trustee herein, respectfully represents:

1.) The debtor's Chapter 13 Plan was confirmed by this Court on September 29, 2008;

2.) Harley-Davidson Credit Corp has amended its secured claim (#3-1) to provide for a deficiency balance after Relief from Stay was granted on March 24, 2009 which has caused this confirmed Plan to be under-funded.

Wherefore, the Trustee requests this case be dismissed or in the alternative modified to cure the under-funding.

/s/ Molly T. Whiton, Esq.
Molly T. Whiton, Ch 13 Standing Trustee
Fed id #02214
10 Columbus Blvd., Hartford, CT 06106
(860) 278-9410
(860) 527-6185
email: mtwhiton@mtwhiton.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER |
| MARK F. CHRISTMAN, JR. | : CASE NO 08-31142 LMW |
| DEBTOR | : APRIL 27, 2011 |

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the attached Trustee's Motion to Dismiss or Modify, was forwarded to the following on the above date:

  (**Debtors**)
MARK F. CHRISTMAN JR.
327 TYLER STREET
EAST HAVEN, CT  06512

**(Debtor's Counsel)**
WILLIAM A. HAMZY, ESQ.
William.Hamzy@HamzyLaw.com

**Office of the U.S. Trustee by electronic notice**:
USTPRegion02.NH.ECF@USDOJ.GOV

        /s/ Molly T. Whiton, Esq.
        Molly T. Whiton, Ch 13 Standing Trustee
        Fed id #02214
        10 Columbus Blvd., Hartford, CT 06106
        (860) 278-9410
        (860) 527-6185
        email: mtwhiton@mtwhiton.com